Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12872
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
asegal@bhfs.com
chumes@bhfs.com

*Attorneys for Defendant Nevada Resort Association - IATSE Retirement Local 720 Pension Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN WOLGAST, an individual, | CASE NO.: |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL** |
| THEATRICAL STAGE EMPLOYEES LOCAL 720 PENSION PLAN | |
| Defendant. | |

Defendant Nevada Resort Association - IATSE Retirement Local 720 Pension Plan (the "Plan") (incorrectly named as the Theatrical Stage Employees Local 720 Pension Plan) respectfully submits this Notice of Removal of the above-entitled action from the Justice Court of Clark County, Nevada to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446 and 29 U.S.C. § 1132(e) and states as follows:

1. On December 28, 2018, Plaintiff Dawn Wolgast ("Wolgast"), filed a Small Claims Complaint against the Plan in the Justice Court, Clark County, Nevada, entitled *Wolgast v. Theatrical Stage Employees Local 720 Pension Plan*, Case No. 18A004252, to adjudicate the payment of pension benefits to Wolgast as a beneficiary of her mother, Gwendolyn Wolgast, a participant in the Plan.

2. On January 4, 2018, a third party administrator for the Plan, Zenith American Solutions ("Zenith"), received the Summons and Complaint on behalf of the Plan in the above entitled action. A true copy of the Summons and Complaint are attached as Exhibit A.

3. The Plan is an employee welfare benefit plan as defined under the Employee Retirement Income Security Act of 1974, as codified at 29 U.S.C. § 1001, et seq. ("ERISA").

4. Removal of this case is proper because Congress has given exclusive jurisdiction to Federal Courts to enforce the terms of an ERISA Plan. ERISA § 502(e), as codified at 29 U.S.C. § 1132(e)(1) provides:

> [T]he district courts of the United States shall have exclusive jurisdiction of civil actions under this subchapter brought by the Secretary or by a participant, beneficiary, fiduciary, or any person referred to in section 1021(f)(1) of this title.

5. ERISA § 502(f), as codified at 29 U.S.C. § 1132(f) provides:

> The district courts of the United States have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action.

6. All pleadings and papers that were filed and served on Zenith have been attached to this Petition for Removal in accordance with 28 U.S.C. § 1446(a).

7. This Petition for Removal is filed with the District Court within thirty (30) days after service of the Complaint on the Plan.

8. The undersigned attorney certifies that he has caused a copy of the original Petition for Removal to be filed with the Clerk of the Clark County Justice Court, Las Vegas Township, in the State of Nevada.

///

///

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

WHEREFORE, the Plan respectfully requests this Court to assume jurisdiction over the case herein, as provided by law.

Dated this 14th day of January, 2019.　　BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Christopher M. Humes
Adam P. Segal, Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq. Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendant Nevada Resort Association - IATSE Retirement Local 720 Pension Plan*

18534824

3

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on January 11, 2019, I served a true copy of the foregoing **PETITION FOR REMOVAL** via:

☒ a. **CM/ECF System**

☒ b. **U.S. Mail** in a sealed envelope(s) mailed with postage thereon fully prepaid upon:

Dawn Wolgast
5573 Golden Palms Court
Las Vegas, Nevada 89148

*Plaintiff Dawn Wolgast*

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

18534824

4