Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
asegal@bhfs.com
chumes@bhfs.com

*Attorneys for Defendant Nevada Resort Association -
IATSE Retirement Local 720 Pension Plan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN WOLGAST, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>THEATRICAL STAGE EMPLOYEES LOCAL 720 PENSION PLAN<br><br>                    Defendant. | CASE NO.:<br><br>**INDEX OF EXHIBITS TO PETITION FOR REMOVAL** |

    1.    Exhibit A – Summons and Complaint

18580129

1

# **EXHIBIT A – SUMMONS AND COMPLAINT**

Case 2:19-cv-00083-JCM-GWF   Document 1-2   Filed 01/14/19   Page 3 of 3

Las Vegas Justice Court
Electronically Filed
12/28/2018 12:42 PM
Kim Kampling
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**Clark County, Nevada**

Case No. 18A004252

Department No. Department #: LVJC 4

Name and Address of Plaintiff(s):
Dawn Wolgast
5573 Golden Palms Ct.
Las Vegas, NV 89148

Plaintiff(s)' Email Address: dawolgast@gmail.com

Plaintiff(s)' Telephone Number: 702-499-3937

**SMALL CLAIMS COMPLAINT**

**Select Case Type:**
☑ Individual Plaintiff
☐ Business Plaintiff
☐ State or County Agency Plaintiff
☐ NRS604(A) Complaint (Payday Loans – requires Defaulted Loan Worksheet as page #2, Proof of Debt and Repayment Offer Letter)
☐ NRS97 (A) Complaint – (Bought/Sold Credit Card Debt – requires last 4 digits of card issuers in the Affidavit)
☐ Inmate suing State of Nevada ex rel Department of Corrections
☐ Inmate suing any party except State of Nevada ex rel Department of Corrections

**VERSUS**

Name and Address of Defendant(s):
Theatrical Stage Employees Local 720 Retirement Plan
2250 S. Rancho Dr. Ste 295

Defendant(s)' Telephone Number: 702-734-8601

STATE OF NEVADA  )
COUNTY OF CLARK )

I, (insert your name) Dawn Wolgast, being first duly sworn, deposes and says: That the defendant is indebted to the plaintiff in the sum of $ 10,000 ; that the reason for this indebtedness is: Failure to Pay Pension Benifits

Unpaid Pension Benifits: $12,499.74 | See attached Legal Correspondence
Attorney's Fees: $1,636.
Court Costs: $
Fine & Expenses $

that this affiant has demanded payment of the sum; that the defendant refuses to pay the same; that the defendant(s) is a resident of, does business in, or is employed in Las Vegas Township, in the County of Clark, State of Nevada; that affiant resides at the above address.

Signature of Affiant X _Dawn Wolgast_
Print Name: DAWN WOLGAST
Dated X 12/28/18
Attorney for Self

You MUST have this affidavit notarized (block on the left) or sign the unsworn declaration per NRS 53.045 (block on the right):

SUBSCRIBED AND SWORN to before me this ___ day _____, 20___.

_____
(Notary Signature)

NOTARY PUBLIC in and for the
County of _____, State of _____.

OR: UNSWORN DECLARATION: Per NRS 53.045

"I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

Date 12/28/18
Signature _Dawn Wolgast_
Typed or printed name DAWN WOLGAST

**SUMMONS & ORDER TO APPEAR**

NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR PRESENCE UNLESS YOU APPEAR ON THE FOLLOWING DATE.
You are hereby ordered to appear for trial on the Plaintiff's claim at the Justice Court, Las Vegas Township located at:
CLARK COUNTY REGIONAL JUSTICE CENTER, 200 LEWIS AVE, LAS VEGAS, NV 89101
ON 04/09/2019 AT THE HOUR OF 1:00PM COURTROOM 7B and present any defense you may have. You must arrive 30 minutes before your trial time to check in with the clerk. A mediator will be available in the courtroom prior to your trial should you wish to mediate this matter. You are further notified that in the event you do not appear, Default Judgment can be entered against you in the amount claimed due by the Plaintiff, which can result in the garnishment of wages and seizure of property. PLEASE BRING WITH YOU ALL WITNESSES, AN ORIGINAL, AND 2 COPIES OF ANY EVIDENCE, RECEIPTS OR BOOKS, NECESSARY TO PROVE YOUR CASE.

APPROPRIATE COURTROOM ATTIRE REQUIRED, NO SHORTS, HALTER OR TANK TOPS. SHOES ARE REQUIRED. NO FOOD OR DRINK PERMITTED. NO SMOKING IN THE COURTHOUSE. CHILDREN MUST REMAIN QUIET.

@ Civil Law Self-Help Center
Revised 10/26/17